The Honorable Kymberly K. Evanson

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| LAURIE CHINN, AN INDIVIDUAL,<br><br>Plaintiff,<br><br>vs.<br><br>THE BOEING COMPANY, A DELAWARE CORPORATION<br><br>Defendant. | Case No.: 2:25-cv-00409-KKE<br><br>**ORDER GRANTING STIPULATED MOTION FOR EXTENSION OF TIME** |

Plaintiff and Defendant have filed a stipulated motion for extension of Defendant's deadline to answer or otherwise respond to Plaintiff's complaint. Dkt. No. 9. The Court GRANTS the stipulated motion, and ORDERS that Defendant shall answer or otherwise respond to the Complaint no later than April 14, 2025.

DATED this 24th day of March 2025.

*Kymberly K. Evanson*
———————————————
Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION
FOR EXTENSION OF TIME - 1
Case No.: 2:25-cv-00409-KKE