UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAURIE CHINN,<br><br>                Plaintiff(s),<br>    v.<br><br>THE BOEING COMPANY,<br><br>                Defendant(s). | CASE NO. C25-0409-KKE<br><br>ORDER GRANTING STIPULATED MOTION FOR A CONTINUANCE |

    The parties stipulated to a continuance of the trial date and case schedule. Dkt. No. 22. The Court finds good cause to support a continuance, and therefore GRANTS the motion to continue the trial date. The previous trial date and case schedule (Dkt. No. 19) is VACATED. The courtroom deputy is directed to issue an amended case schedule (beginning with the expert disclosure deadline) based on the parties' agreed-upon trial date of November 2, 2026, and consistent with the Court's standard case schedule.

    If any date in the amended case schedule causes an irreconcilable conflict, the parties shall contact the Courtroom Deputy at KKEcrd@wawd.uscourts.gov no later than 14 days after the amended case schedule is entered.

    Dated this 5th day of December, 2025.

Kymberly K. Evanson
United States District Judge

ORDER GRANTING STIPULATED MOTION FOR A CONTINUANCE - 1