UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LAURIE CHINN,

              Plaintiff(s),

   v.

THE BOEING COMPANY,

              Defendant(s).

CASE NO. C25-0409-KKE

ORDER GRANTING UNOPPOSED
MOTION TO CONTINUE THE TRIAL
DATE

Plaintiff filed an unopposed motion to continue the trial date and case schedule.  Dkt. No. 26.  Finding good cause, the Court GRANTS the motion.  The unexpired deadlines in the previous case schedule (Dkt. No. 24) are VACATED.  The courtroom deputy is directed to issue an amended case schedule based on the parties' agreed-upon trial date of May 3, 2027, consistent with the Court's standard case schedule.

Dated this 14th day of April, 2026.

_Kymberly K Evanson_
_____
Kymberly K. Evanson
United States District Judge

ORDER GRANTING UNOPPOSED MOTION TO CONTINUE THE TRIAL DATE - 1