The Honorable Kymberly K. Evanson

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

LAURIE CHINN, AN INDIVIDUAL,

Plaintiff,

vs.

THE BOEING COMPANY, A DELAWARE CORPORATION

Defendant.

Case No.: 2:25-cv-00409-KKE

**STIPULATED MOTION AND ORDER FOR TRIAL CONTINUANCE**

Pursuant to Local Civil Rule 16(b)(6), Plaintiff Laurie Chinn ("Plaintiff") and Defendant The Boeing Company ("Defendant") (collectively, the "Parties") hereby move the Court for a Stipulated Continuance of the Trial and Related Dates for the good cause set forth herein.

A scheduling order "may be modified only for good cause and with the judge's consent." Fed. R. Civ. P. 16(b)(4); Local Rule, W.D. Wash. 16(b)(6). "Rule 16(b)'s 'good cause' standard primarily considers the diligence of the party seeking the amendment." *Plintron Techs. USA LLC v. Phillips*, No. 2:24-CV-00093-MJP, 2025 WL 2381127, at *1 (W.D. Wash. July 29, 2025) (quoting *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992)).

Here, the Parties have diligently pursued discovery in this case but mutually request

additional time to complete it. On March 7, 2025, Plaintiff filed her Complaint. Dkt. 1. On March 26, 2025, Plaintiff filed her First Amended Complaint. Dkt. 15. On May 5, 2025, the Parties filed a Joint Status Report. Dkt. 18. On May 29, 2025, Defendant served its first set of written discovery requests on Plaintiff. On June 27, 2025, Plaintiff served her first set of written discovery requests on Defendant. On November 20, 2025, the Parties filed a Stipulated Motion for Protective Order, which was entered by the Court on November 21, 2025.

The Court has already granted two stipulated Motions for Trial Continuances in this matter. Dkts. 22-23; 26-27. The most recent continuance was granted in April 2026, to allow for Plaintiff's newly retained attorney, Reba Weiss, (Dkt. 25) to learn the file and prepare for trial within her existing trial schedule. Dkt. 26. Since then, Ms. Weiss's trial schedule was expanded to include a new trial in April 2027. *Compare* Dkt. 26-2 *with* Dkt. 29-1. Accordingly, Plaintiff requested another continuance of the trial date to July 26, 2026. Boeing does not oppose Plaintiff's request.

The Parties are mutually cooperating and engaging in good faith to complete discovery, and request more time to complete depositions and supplemental written discovery, if any. The Parties believe this matter will be ready for trial in Summer 2027 and do not anticipate further continuances. On September 28, 2026, pursuant to the Court's Civil Chamber's Procedures and Scheduling Order (Dkt. 19), the Parties contacted the Courtroom Deputy to request the Court's availability for and preliminary acceptance of the proposed new trial date. This Motion follows.

For the good cause set forth herein, the Parties respectfully ask the Court to grant their Stipulated Motion for a Continuance of the Trial until July 26, 2027, with the case schedule to be amended according to the Court's standard offset dates for related pretrial deadlines.

//

//

//

//

//

Dated: October 7, 2026

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Daniel P. Crowner*

By: */s/ Emma A. Healey*

Daniel P. Crowner, WSBA # 37136
daniel.crowner@ogletree.com
Emma A. Healey, WSBA #58384
emma.healey@ogletree.com
1201 Third Avenue, Suite 5150
Seattle, WA 98101
T: 206-693-7057
F: 206-693-7058

*Attorneys for Defendant*

Dated: October 7, 2026

WEISS LAW FIRM

By: */s/ Reba Weiss*

Reba Weiss, WSBA #12876
6120 24th Ave NE
Seattle, WA 98115-7029
T: (206) 612-3736
rebalaw1@gmail.com

*Attorney for Plaintiff*

**ORDER**

Finding good cause, the Court GRANTS the parties' stipulated motion to continue. Dkt. No. 31. The unexpired deadlines in the previous case schedule (Dkt. No. 28) are VACATED. The courtroom deputy is directed to issue an amended case schedule based on the parties' agreed upon trial date of July 26, 2027, consistent with the Court's standard case schedule.

DATED: *October 7, 2026*

Kymberly K. Evanson
United States District Judge